**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000088
22-JUL-2025
07:57 AM
Dkt. 44 OAWST**

NO. CAAP-25-0000088

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE LXS 2006-16N,
Plaintiff-Appellee, v.
CHRISTIE T. ADAMS,
Defendant-Appellant, and
FIRST CITIZENS BANK & TRUST COMPANY;
STATE OF HAWAI'I - DEPARTMENT OF TAXATION;
UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE;
HAWAI'I KAI MARINA COMMUNITY ASSOCIATION;
ASSOCIATION OF APARTMENT OWNERS OF THE
HAWAI'I-KAI CONDOMINIUM PROJECT, LOT 10, FILE PLAN 801,
Defendants-Appellees, and,
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000726)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakasone, Chief Judge, Leonard, and Wadsworth, JJ.)

Upon consideration of the Stipulation and Order for Dismissal of Appeal Filed on February 14, 2025 (Stipulation), filed July 18, 2025, by Defendant-Appellant Christie T. Adams, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, July 22, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge